| | |
|---|---|
| 1 | RYAN P. ESKIN, Bar No. 205413 |
| | reskin@littler.com |
| 2 | DAVID S. MAOZ, Bar No. 233857 |
| | dmaoz@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 2049 Century Park East |
| | 5th Floor |
| 5 | Los Angeles, CA  90067.3107 |
| | Telephone:  310.553.0308 |
| 6 | Fax No.:     310.553.5583 |

JS-6

Attorneys for Defendants
MILLARD MALL SERVICES, INC. AND
NAKI CLEANING SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSE ARMANDO HERRERA, | CASE NO. CV 12-04484 GAF (MANX) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| THE MILLARD GROUP, INC., an Illinois Corporation; MILLARD MALL SERVICES, INC., an Illinois Corporation; NAKI CLEANING SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1 - 100, inclusive, | |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

## **ORDER**

Based on the Joint Stipulation filed in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-captioned case be and hereby is dismissed with prejudice as to all claims and causes of action in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Each party shall each bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 17, 2013

JS-6

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.